**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**CALVIN PATILLAR,**

        Petitioner,

**v.**                             **CIVIL ACTION NO.: 3:19-CV-118
(GROH)**

**C. GOMEZ, Warden,**

        Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATION

Now before the Court is a Report and Recommendation ("R&R") issued by United States Magistrate Judge Robert W. Trumble.  ECF No. 20.  In accordance with this Court's Local Rules, this civil action was referred to Judge Trumble for submission of a proposed R&R.  Judge Trumble issued an R&R on December 20, 2021, recommending that the Petitioner's Second Amended Petition for Habeas Corpus pursuant to 28 U.S.C. § 2241 [ECF No. 19] be denied and dismissed without prejudice.

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court is required to make a *de novo* review of those portions of the magistrate judge's findings to which objection is made.  However, the Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed.  Thomas v. Arn, 474 U.S. 140, 150 (1985).  Failure to file timely objections constitutes a waiver of *de novo* review and of a Petitioner's right to appeal this Court's Order.  28 U.S.C. § 636(b)(1); Snyder v. Ridenour, 889 F.2d 1363, 1366 (4th Cir. 1989); United States v. Schronce, 727 F.2d 91, 94 (4th Cir. 1984).

Objections to Magistrate Judge Trumble's R&R were due within fourteen plus three days of the Petitioner being served with a copy of the same.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).  Service was accepted by the *pro se* Petitioner on December 27, 2021.  ECF No. 21.  The Court granted the Petitioner's subsequent Motion for an Extension of Time and extended the Petitioner's objection deadline to March 10, 2022.  ECF Nos. 22, 23.  As of the date of this Order, no objections have been filed.  Therefore, after allowing additional time for transit in the mail, the Court finds that the deadline for the Petitioner to submit objections to the R&R has passed.  Accordingly, this Court will review the R&R for clear error.

Upon careful review of the R&R, it is the opinion of this Court that Magistrate Judge Trumble's Report and Recommendation [ECF No. 20] should be, and is hereby, **ORDERED ADOPTED** for the reasons more fully stated therein.  The Petitioner's Second Amended Petition [ECF No. 19] is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

The Clerk is **DIRECTED** to **STRIKE** this case from the Court's active docket.  The Clerk of Court is **FURTHER DIRECTED** to mail a copy of this Order to the Petitioner by certified mail, return receipt requested, at his last known address as reflected on the docket sheet.

**DATED:** April 11, 2022

GINA M. GROH
UNITED STATES DISTRICT JUDGE